UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

④

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
) CR07-126
) CASE NO. 07-173 M
  vs. )
)
Galal Aliahmed )
)
      Defendant. )

### ORDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 7th day of September, 2007, ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Leonard P. Stark
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED
SEP -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE